-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DEBBRA L. PETERSEN,

        Plaintiff,

        -v-

BIAGGI'S ITALIAN RESTAURANT,

        Defendant.

**DECISION and ORDER**
12-CV-6642T

Plaintiff has submitted a complaint to the Court but has failed to submit with the Court an application seeking permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) or the Court's fling fee.

The filing fee for civil actions is $ 350.00. Before this action can proceed the Court must receive a completed and signed application to proceed *in forma pauperis* or the full $350.00 filing fee. The Clerk of the Court is directed to send to plaintiff a form application to proceed as a poor person.

Accordingly, the plaintiff has until **January 8, 2013,** to either (a) furnish the Court with a signed and completed application to proceed *in forma pauperis* **or** (b) the full filing fee of **$350.00**. If the Court does not receive an application to proceed *in forma pauperis* or the full filing fee on or before such date, **this action will be dismissed without prejudice without further notice** to the plaintiff.

    SO ORDERED.

Dated:    12/11, 2012
         Buffalo, New York

                                         WILLIAM M. SKRETNY
                                         Chief Judge
                                         United States District Court